# APPEAL ASSIGNMENT CARD

| Cause #: | 2012-33464A | Court # | 190TH | Judgment Date: | 1/15/2015 |
|---|---|---|---|---|---|

| Volume: | | Page: | | Image #: | 63871402 & 63444956 |
|---|---|---|---|---|---|

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/2/2015 4:53:02 PM
CHRISTOPHER A. PRINE
Clerk

| File Date: | 2/25/2015 | Attorney Bar No: | 24050682 |
|---|---|---|---|

| Due Date: | 3/16/2015 | Assigned to FIRST Court of Appeals |
|---|---|---|

| Date Findings of Facts/Mtn of Modify/Mtn New Trial filed? | N/A |
|---|---|

| Request for Transcript Filed? | YES | D |
|---|---|---|

| Notice of Appeal previously filed? Y | O |
|---|---|

| Number of Days: | 60 | |
|---|---|---|

**File Ordered:**

Notes: Previous Appellate No: 01-14-01014-CV; NOA AND DESIGNATION WERE FILING IN REGULAR CASE SINCE "A" CASE HAS YET TO BE CREATED; CASE IS ACTIVE BUT NO MENTION OF ACCELERATED ON NOA.

BC    Notice of Appeal filed
BG    Notice of Appeal filed – Government
C      Appealing Final Judgment
D -    Accelerated Appeal
OA      No Clerk's Record Request filed
O – Clerk's Record Request filed (w/Notice of Appeal)

2/25/2015 11:17:52 AM
Chris Daniel - District Clerk Harris County
Envelope No. 4275629
By: Phyllis Washington
Filed: 2/25/2015 11:17:52 AM

## CAUSE NO. 2012-33464-A

| | | |
|---|---|---|
| LETICIA B. LOYA | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| HARRY L. TINDALL, | § | |
| INDIVIDUALLY, | § | |
| AND TINDALL & ENGLAND | § | |
| | § | |
| Defendants. | § | 190th JUDICIAL DISTRICT |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Leticia B. Loya, Plaintiff in the above-named case, hereby appeals to the First or the Fourteenth Houston Court of Appeals from the district court's order granting the Amended Motions to Dismiss Based on Mandatory Forum Selection Clauses of Vitol, Inc., Michael Metz, and Antonio Maarraoui signed December 9, 2014; as well as the district court's order granting Miguel Loya's Motion to Dismissed Based on a Mandatory Forum Selection Clause signed January 15, 2015.[1]

---

[1] The District Court signed the Order of Severance rendering these final and appealable orders on January 26, 2015 and an Amended Severance Order clarifying the docket number.

1

Respectfully submitted,

**PROVOST ✶ UMPHREY LAW FIRM, L.L.P.**
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 813-8605 (FAX)


By:   /s/ Jennifer Job
      Jennifer Job
      State Bar No. 24050682
      James E. Payne
      State Bar No. 00788171

      ATTORNEY FOR PLAINTIFF


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been furnished to all known counsel of record via EFILE and/or certified mail, return receipt requested on this 25th day of February, 2015.


      /s/ Jennifer Job
      Jennifer Job

2

CASE NUM: 201233464A_ PJN> __  TRANS NUM: _____  CURRENT COURT:    PUB? _
CASE TYPE:                              CASE STATUS:
STYLE:                                  VS
================================================================================
   PJN  PER/CONN COC  BAR         PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                            STAT


==> *** INVALID CASE NUMBER - PLEASE RETRY ***
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201233464__ PJN> __  TRANS NUM: _____  CURRENT COURT: 190 PUB? _
CASE TYPE: MALPRACTICE - OTHER PROFESSION  CASE STATUS: READY DOCKET
STYLE: LOYA, LETICIA B                   VS TINDALL, HARRY L
================================================================================
                        **** ACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR         PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                            STAT
      00022-0001 AGT         STICHTING TINSEL GROUP (THE) B
_     00021-0001 AGT         TAYLOR, IAN R BY SERVING THROU
_     00020-0001 DEF         STICHTING TINSEL GROUP (THE)
_     00019-0001 DEF 14233980 TAYLOR, IAN R                  MIZELL, PATRI
_     00018-0001 AGT         STERKEN, JACOBUS G BY SERVING
_     00017-0001 AGT         VITOL INC BY SERVING ITS REGIS
_     00016-0001 DEF         STERKEN, JACOBUS
_     00015-0001 DEF         VITOL INC

==> (23) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201233464__ PJN> __  TRANS NUM: _____  CURRENT COURT: 190 PUB? _
CASE TYPE: MALPRACTICE - OTHER PROFESSION  CASE STATUS: READY DOCKET
STYLE: LOYA, LETICIA B                   VS TINDALL, HARRY L
================================================================================
                        **** ACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR         PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                            STAT
2    00014-0001 DEF 24065761 MAARRAOUI, ANTONIO "TONY"         MILNER, DEBOR
_     00013-0001 DEF 24065761 MAARRAOUI, ANTONIO "TONY"         MILNER, DEBOR
_     00012-0001 DEF 24065761 METZ, MICHAEL                   MILNER, DEBOR
_     00011-0001 AGT         VITOL HOLDING II S.A. BY SERVI
_     00010-0001 AGT         VITOL HOLDING II S A BY SERVIN
_     00009-0001 DEF 24065761 METZ, MICHAEL                   MILNER, DEBOR
_     00008-0001 DEF         VITOL HOLDING II S A
_     00007-0001 AGT         TINSEL GROUP S A BY SERVING IT

==> (23) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201233464__ PJN> __  TRANS NUM: _____ CURRENT COURT: 190 PUB? _
CASE TYPE: MALPRACTICE - OTHER PROFESSION  CASE STATUS: READY DOCKET
STYLE: LOYA, LETICIA B                  VS TINDALL, HARRY L
================================================================================
                         **** ACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR       PERSON NAME                PTY    ASSOC. ATTY
   NUM    NUMBER                                            STAT
     00006-0001 DEF          TINSEL GROUP S A
 _    00005-0001 DEF 21476400 LOYA, MIGUEL A                      WILHITE, RAND
 _    00023-0001 DEF          TINSEL GROUP S A (F/K/A TINSEL
 _    00004-0001 AGT          TINDALL & ENGLAND P C (PROFESS
 _    00003-0001 DEF 10059550 TINDALL & ENGLAND P C               HOUSTON, SAMU
 _    00002-0001 DEF 10059550 TINDALL, HARRY L                    HOUSTON, SAMU
 _    00001-0001 PLT 00788171 LOYA, LETICIA B                     PAYNE, JAMES


 ==> (23) CONNECTION(S) FOUND
 1=INACTIVE     2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
 6=CASE INQ.    7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH    11=HELP

CASE NUM: 201233464__ PJN> __  TRANS NUM: _____ CURRENT COURT: 190 PUB? _
CASE TYPE: MALPRACTICE - OTHER PROFESSION  CASE STATUS: READY DOCKET
STYLE: LOYA, LETICIA B                  VS TINDALL, HARRY L
================================================================================
                        **** INACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR       PERSON NAME                PTY    ASSOC. ATTY
   NUM    NUMBER                                            STAT
 2    00001-0001 PAP 08743745 HALL, BENJAMIN LEWIS III







 ==> (1) CONNECTION(S) FOUND
 1=ACTIVE       2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
 6=CASE INQ.    7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH    11=HELP